COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:        Bradley Ray McClintock v. The State of Texas

Appellate case number:      01-11-00572-CR

Trial court case number:   1280089

Trial court:                182nd District Court of Harris County


The Court of Criminal Appeals has remanded this case to this court for consideration of "whether the good-faith exception to the exclusionary rule" applies. *McClintock v. State*, No. PD-0925-13, 2014 WL 4843959, at *1 (Tex. Crim. App. Oct. 1, 2014). Because the parties have not briefed this issue in this court, we **order** the parties to submit supplemental briefing on the issue of whether the good-faith exception to the exclusionary rule applies. *See id.* at *4 ("Neither party mentioned the good-faith exception to the exclusionary rule in their briefs on direct appeal.").

The appellant's supplemental brief is **due** 30 days after the date of this order, the State's supplemental brief is **due** 30 days after the date the appellant's brief is filed, and the appellant's supplemental reply brief, if any, is **due** 20 days after the date the State's brief is filed. *See* TEX. R. APP. P. 38.6.


It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                ☑ Acting individually     ☐ Acting for the Court


Date: November 3, 2014